# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of June, two thousand and nineteen.

Before:     Ralph K. Winter,
               *Circuit Judge*.

_____

United States of America,

        Appellee,

v.

Daniel Carpenter,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 19-674

The Government moves to stay briefing in this appeal pending resolution of (1) the Government's motion for an amended restitution order which is pending with the district court, and (2) the Appellant's direct appeal from the judgment of conviction (docket no. 19-70). Appellant consents to staying briefing until resolution of the motion for an amended restitution order, but objects to a stay pending resolution of his appeal from the judgment of conviction.

IT IS HEREBY ORDERED that this appeal of the restitution order shall be held in abeyance until the district court renders the relevant decision regarding restitution. Appellant's appeal of the merits of the conviction shall proceed.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court