**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 07, 2019

DC Docket #: 3:13-cr-226-1

Docket #: 19-674

DC Court: CT (NEW HAVEN)

Short Title: United States of America v. Carpenter

DC Judge: Chatigny

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8628.