UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **19-674**

Caption [use short title]

Motion for: **Objection to Motion for Stay**

**USA vs. Daniel Carpenter**

Set forth below precise, complete statement of relief sought:

**Appellant objects to Government's Motion For Stay**

MOVING PARTY: **Daniel Carpenter**
☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

OPPOSING PARTY: **United States of America**

MOVING ATTORNEY: **Jonathan Einhorn**

OPPOSING ATTORNEY: **Sandra Glover**

[name of attorney, with firm, address, phone number and e-mail]

**129 Whitney Avenue**

**157 Church Street**

**New Haven, CT 06510**

**New Haven, CT 06510**

**203-777-3777; einhornlawoffice@gmail.com**

**203-821-3700; Sandra.Glover@usdoj.gov**

Court-Judge/Agency appealed from: **Hon. Robert N. Chatigny**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  ☐ Yes ☑ No
Has this relief been previously sought in this Court?  ☐ Yes ☑ No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested?  ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:_____

Signature of Moving Attorney:
**/s/ Jonathan Einhorn**  Date: **12/1/2023**  Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA      DOCKET NO. 19-674

VS.

DANIEL CARPENTER, ET AL      DECEMBER 1, 2023

## OBJECTION TO MOTION FOR STAY

The Appellant objects to the Government's Motion for Stay in this appeal pending a conflicts hearing by the District Court (docket entry #19-674) based upon a claimed potential conflict of interest.

. First, this is a civil action, such that *United States v. Curcio*, 694 F.2d 14 (2d Cir. 1982) is not applicable. Second this is an appeal from a restitution order which is already being held in abeyance by order of this Court.

Second, in response to the Government's request, the undersigned still represents Mr. Carpenter in this appeal, but not in the underlying district court matter (3:13cr226), where the defendant is *pro se*.

The undersigned respectfully suggests that the Court continue this matter in abeyance as per doc. entry #29.

THE DEFENDANT
DANIEL CARPENTER

BY /s/ *JONATHAN J. EINHORN*

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
TELEPHONE: 203-777-3777
Federal Bar ct00163

## CERTIFICATION

I hereby certify that on this 1st day of December, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ *Jonathan J. Einhorn*
JONATHAN J. EINHORN