# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of January, two thousand twenty-four.

---

United States of America,

    Appellee,

v.

Daniel Carpenter,

    Defendant - Appellant.

---

**ORDER**

Docket No. 19-674

    On November 30, 2023, the Government moved for a stay of this appeal and for leave to file its motion under seal. The Court granted that motion on December 5, 2023. In its latest status report, the Government informs the Court that there is no longer a need to stay this appeal on the basis articulated in its November 30, 2023 motion.

    Upon consideration thereof, it is hereby ORDERED that the appeal remains stayed pending resolution of a motion to amend the restitution order that is still pending before the district court.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court