

**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*     *(203) 821-3700*
*157 Church Street, 25th Floor*     *Fax (203) 773-5376*
*New Haven, Connecticut 06510*     *www.justice.gov/usao/ct*

October 11, 2024

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Carpenter*
               Docket No. 19-674

Dear Ms. Wolfe:

     The government files this update at the Court's request. On June 6, 2019, the Court granted the government's unopposed motion to hold this appeal—taken by the defendant from a restitution order—in abeyance until the district court decides the government's motion for an amended restitution order. Doc. 29. The district court has not yet rendered a decision on that motion for an amended restitution order, and so the same considerations that led this Court to issue the stay still apply. In the interim, the defendant also moved for a writ of habeas corpus. The most recent brief in that litigation was filed on February 8, 2024. Decision on that motion is pending before the same district court.

                                                    Sincerely,

                                                    VANESSA ROBERTS AVERY
                                                    UNITED STATES ATTORNEY

                                                    DAVID E. NOVICK
                                                    ASSISTANT U.S. ATTORNEY

cc:     Jonathan J. Einhorn, Esq., counsel for Daniel E. Carpenter